UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of NATIONAL MAINTENANCE & REPAIR, INC., *as owner pro hac vice of spudded crane barge BB-1 for exoneration from or limitation of liability*,<br><br>        Plaintiff,<br><br>   v.<br><br>SHANNON L. BLAIR and ROBERT VANDYGRIFF,<br><br>        Claimants. | Case No. 09-cv-671 |

**MEMORANDUM AND ORDER**

      This matter comes before the Court on Claimant Shannon Blair's ("Blair") Motion (Doc. 45) to stay/abstain. Specifically, Blair asks that any further proceedings in this Court be stayed pending resolution of a related state court litigation.

      On January 12, 2010, the Court entered a Memorandum and Order (Doc. 42) which found that certain stipulations made by Blair and fellow Claimant Robert Vandygriff necessitated dissolution of an injunction entered by this Court, excepting the issue of limitation of Plaintiff National Maintenance & Repair, Inc.'s ("National Maintenance") liability. *See Lagnes v. Green*, 282 U.S. 531, 541 (1931); *In re Ill. Marine Towing, Inc.*, 498 F.3d 645, 650 (7th Cir. 2007)*; In re Complaint of McCarthy Bros. Co./Clark Bridge*, 83 F.3d 821, 831 (7th Cir. 1996). The Court also found that said stipulations mandated federal abstention by this Court until resolution of the state court action, although the Court did not explicitly state as much.

      Accordingly, in an effort to clarify its previous findings, the Court **GRANTS** the instant motion (Doc. 45) and **STAYS** any further proceedings herein pending resolution of the related

state court case.  The Court **ORDERS** that the dates of the scheduling/discovery conference, final pretrial conference, and bench trial be stricken.  However, the Court **RETAINS** jurisdiction over the possibility that National Maintenance's right to limit its liability comes into question.  *See Lagnes*, 282 U.S. at 541-42; *McCarthy Bros.*, 83 F.3d at 832-33.  Finally, the Court **ORDERS** that all of the parties submit a joint status report no later than ninety (90) days henceforth and every ninety (90) days thereafter.

**IT IS SO ORDERED.**
**DATED: February 11, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**