IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF NATIONAL MAINTENANCE & REPAIR INC., AS OWNER *PRO HAC VICE* OF SPUDDED CRANE BARGE BB-1 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 3:09-cv-00671-JPG-PMF |

**JUDGMENT**

This matter having come before the Court and the parties having filed a joint motion to dismiss with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice as to Claimant Robert Vandygriff. Claimant Shannon L. Blair was previously dismissed without prejudice. Each party is to bear its own costs.

NANCY J. ROSENSTENGEL, Clerk of Court

DATED: April 12, 2012            s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s./ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**