IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF NATIONAL
MAINTENANCE & REPAIR INC., AS
OWNER *PRO HAC VICE* OF SPUDDED
CRANE BARGE BB-1 FOR EXONERATION        Case No. 3:09-cv-00671-JPG-PMF
FROM OR LIMITATION OF LIABILITY

## JUDGMENT

This matter having come before the Court and the parties having filed a joint motion to

dismiss with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

as to Claimant Robert Vandygriff. Claimant Shannon L. Blair was previously dismissed without

prejudice. Each party is to bear its own costs.

**NANCY J. ROSENSTENGEL, Clerk of Court**


**DATED: April 12, 2012**                    **s/Brenda K. Lowe, Deputy Clerk**




**Approved:    s./ J. Phil Gilbert**
**            J. PHIL GILBERT**
**            DISTRICT JUDGE**